FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 FEB -6  A 10: 20

UNITED STATES OF AMERICA

v.   CASE NO.   3:15-cr-9-J-39JRK
     Ct. 1:       18 U.S.C. §§ 542 and 2
ROBERT WINGFIELD   Forfeiture:   18 U.S.C. § 982(a)(2)(B)

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about the 30th day of January, 2011, at Jacksonville, in the Middle District Florida,

ROBERT WINGFIELD,

the defendant herein, willfully and knowingly did enter and introduce, attempt to enter and introduce, and aid and abet the entry and introduction into the commerce of the United States, merchandise imported from the People's Republic of China, to wit: aluminum extruded products, by passing false and fraudulent documents, specifically, invoice and entry documents, through a United States Department of Homeland Security, Bureau of Customs and Border Protection customhouse, which stated that the country of origin of the products was Malaysia, whereas, in truth and fact, as defendant well knew, the products originated in the People's Republic of China, in violation of Title 18, United States Code, Sections 542 and 2.

## **FORFEITURE**

1. The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B).

2. Upon conviction of a violation of Title 18, United States Code, Section 542, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A. LEE BENTLEY, III
United States Attorney

By: *Kelly S. Karase*
KELLY S. KARASE
Assistant United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3